Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Richard H. Friedman, Esq.
Nevada State Bar No. 12743
FRIEDMAN │ RUBIN PLLP
1126 Highland Avenue
Bremerton, WA  98337
(360) 782-4300
rfriedman@friedmanrubin.com

*[Additional counsel listed on signature page]*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-MARIE PARSONS,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLT'S MANUFACTURING COMPANY LLC; COLT DEFENSE LLC; DANIEL DEFENSE INC.; PATRIOT ORDNANCE FACTORY; FN AMERICA; FN HERSTAL; HERSTAL GROUP;  NOVESKE RIFLEWORKS LLC; CHRISTENSEN ARMS; LEWIS MACHINE & TOOL COMPANY; LWRC INTERNATIONAL LLC; DISCOUNT FIREARMS AND AMMO LLC; DF&A HOLDINGS LLC; MAVERICK INVESTMENTS LP; SPORTSMAN'S WAREHOUSE; and GUNS AND GUITARS INC.,<br><br>    Defendants. | CASE NO.: 2:19-cv-01189-APG-GWF<br><br><br><br>**PLAINTIFFS' DEMAND FOR TRIAL BY JURY** |

PLEASE TAKE NOTICE that pursuant to FRCP 38, Plaintiffs JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-

MARIE PARSONS, by and through their attorneys of record, Matthew L. Sharp, Esq. and Richard H. Friedman, Esq., demand that said cause be tried by a jury.

DATED this 12th day of July 2019.

                        MATTHEW L. SHARP, LTD.

                        /s/ *Matthew L. Sharp*
                        Matthew L. Sharp
                        Nevada State Bar No. 4746
                        432 Ridge Street
                        Reno, NV 89501
                        (775) 324-1500

                        Richard H. Friedman
                        Nevada State Bar No. 12743
                        FRIEDMAN│RUBIN PLLP
                        1126 Highland Avenue
                        Bremerton, WA  98337
                        (360) 782-4300

                        Joshua D. Koskoff, Esq.
                        Katherine L. Mesner-Hage, Esq.
                        *(Pro Hac Vice applications to be filed)*
                        KOSKOFF, KOSKOFF & BIEDER, PC
                        350 Fairfield Avenue
                        Bridgeport, CT 06604
                        (203) 336-4421

                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on July 12, 2019, I electronically filed the foregoing Plaintiffs' Demand for Trial by Jury with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

John H. Mowbray @ jmowbray@spencerfane.com
Mary E. Bacon @ mbacon@spencerfane.com
Jessica E. Chong @ jchong@spencerfane.com

DATED this 12th day of July 2019.

/s/ *Cristin B. Sharp*
An Employee of Matthew L. Sharp, Ltd.