John H. Mowbray (NV Bar No. 1140)
jmowbray@spencerfane.com
Mary E. Bacon (NV Bar No. 12686)
mbacon@spencerfane.com
Jessica E. Chong (NV Bar No. 13845)
jchong@spencerfane.com
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile: (702) 408-3401

and

Turner A. Broughton (*Applying Pro Hac Vice*)
tbroughton@williamsmullen.com
Justin S. Feinman (*Applying Pro Hac Vice*)
jfeinman@williamsmullen.com
**WILLIAMS MULLEN, PC**
200 South 10th Street, 16th Floor
Richmond, VA 23219
Telephone: 804.420.6000

Camden R. Webb (*Applying Pro Hac Vice*)
cwebb@williamsmullen.com
**WILLIAMS MULLEN, PC**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: 703.760.5232
*Counsel for Defendant FN America, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-MARIE PARSONS,<br><br>Plaintiffs,<br><br>v.<br><br>COLT'S MANUFACTURING COMPANY LLC, *et. al.*,<br><br>Defendants, | Case No. 2:19-cv-01189-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FN AMERICA, LLC, FN HERSTAL, AND THE HERSTAL GROUP TO RESPOND TO PLAINTIFF'S COMPLAINT** (*First Request*) |

Plaintiffs, James Parsons and Ann-Marie Parsons ("Plaintiffs") and Defendant, FN America, LLC ("FN America"), pursuant to Fed. R. Civ. P. 6(b)(1), D. Nev. LR IA 6-1 and 6-2, and LR 7-1, file this stipulation seeking up to and including September 24, 2019 as the deadline by which FN America, FN Herstal, and the Herstal Group (collectively, the "FN Defendants") may move, respond, answer or otherwise plead to the Complaint in this matter. This is the parties' first request to extend the time for the FN Defendants to respond to Plaintiffs' Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

To date, Plaintiffs have yet to serve the FN Defendants with process in this case. Counsel for the FN Defendants have agreed to accept service of process on behalf of their clients, and the parties have agreed that in doing so and in filing this stipulation that the FN Defendants have in no way impaired their right to seek dismissal of this case on any grounds, including lack of personal jurisdiction.

WHEREFORE, Plaintiffs and the FN America respectfully request that the Court enter an Order providing that the FN Defendants have until September 24, 2019 to move, respond, answer or otherwise plead to Plaintiffs' Complaint.

Dated this 26th day of July, 2019.
**MATTHEW L. SHARP, LTD.**

 /s/ Matthew L. Sharp
Matthew L. Sharp (Nev. #4746)
Matthew L Sharp, LTD.
432 Ridge Street
Reno, NV 89501

Richard H. Friedman (Nev. #12743)
Friedman Rubin PLLP
1126 Highland Avenue
Bremerton, WA 98337

Dated this 26th day of July, 2019.
**SPENCER FANE LLP**

 /s/ Jessica E. Chong
John H. Mowbray (NV Bar No. 1140)
Mary E. Bacon (NV Bar No. 12686)
Jessica E. Chong (NV Bar No. 13845)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101

and

| | |
|---|---|
| Joshua D. Koskoff (*Admitted Pro Hac Vice*)<br>Katherine L. Mesner-Hage (*Admitted Pro Hac Vice*)<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>*Counsel for Plaintiffs* | Turner A. Broughton (*Applying Pro Hac Vice*)<br>Justin S. Feinman (*Applying Pro Hac Vice*)<br>Williams Mullen, PC<br>200 South 10th Street, 16th Floor<br>Richmond, VA 23219<br><br>Camden R. Webb (*Applying Pro Hac Vice*)<br>Williams Mullen, PC<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>*Counsel for FN America, LLC* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

7/29/2019
_____
DATED

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **STIPULATION AND ORDER TO EXTEND TIME FOR FN AMERICA, LLC, FN HERSTAL, AND THE HERSTAL GROUP TO RESPOND TO PLAINTIFF'S COMPLAINT (*First Request*)** was served on the following on July 26, 2019 via first class U.S. Mail:

Maverick Investments LP
c/o Joseph A. Wyson, R/A
358 Torino Avenue
Las Vegas, NV 89123

Daniel Defense, Inc.
c/o Daniel C. Marvin, R/A
101 Warfighter Way
Black Creek, GA 31308

Colt's Manufacturing Company LLC
and Colt Defense, LLC
c/o Corporation Service Company, R/A
251 Little Falls Drive
Wilmington, DE

Christensen Arms Hunting, Inc.
c/o Protection Services, Inc., R/A
136 E South Temple, Suite 1050
Salt Lake City, UT 84111

Lewis Machine & Tool Co.
c/o Karl R. Lewis, R/A
1305 West 11th Street
Milan, IL 61264

LWRC International, LLC
c/o Capitol Corporate Services, Inc., R/A
3206 Tower Oaks Blvd, 4th Floor
Rockville, MD 20852

Noveske Rifleworks LLC
c/o Lorina Noveske, R/A
594 NE E Street
Grants Pass, OR 97526

Patriot Ordnance Factory, Inc.

1  c/o Frank Lynn Desomma, R/A
2  1492 W Victory Lane
   Phoenix, AZ 85027

3  Sportsman's Warehouse, Inc.
4  c/o CT Corporation System, R/A
   1108 E. South Union Ave.
5  Midvale, UT 84047

6  Guns & Guitars, Inc.
7  c/o Michael T. Sullivan, R/A
   1085 W. Pioneer Blvd., Suite 170
8  Mesquite, NV 89027

9  Discount Firearms & Ammo LLC
   and DF&A Holdings, LLC
10 c/o Jana K. Wyson, R/A
   358 E. Torino Ave.
11 Las Vegas, NV 89123

12

13                              /s/ Adam Miller
                         AN EMPLOYEE OF SPENCER FANE LLP
14