Jay J. Schuttert, Esq.
Nevada Bar No. 8656
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants Colt's Manufacturing Company, LLC, Colt Defense, LLC, Christensen Arms, Lewis Machine & Tool Company, and LWRC International, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-MARIE PARSONS, <br><br>Plaintiffs, <br><br>v. <br><br>COLT'S MANUFACTURING COMPANY LLC, *et. al*., <br><br>Defendants. | **Case No. 2:19-cv-01189-APG-GWF** <br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR REMAINING DEFENDANTS TO FILE RESPONSE TO COMPLAINT (FIRST REQUEST)** |

This Court entered an order on July 29, 2019 (ECF No. 25) approving a stipulation (ECF No. 24) extending the deadline for Defendants FN America, FN Herstal, and the Herstal Group (collectively, the "FN Defendants") to move, respond, answer or otherwise plead to Plaintiffs' Complaint to September 24, 2019.

Plaintiffs, James Parsons and Ann-Marie Parsons ("Plaintiffs"), Defendants, Colt's Manufacturing Company, LLC, Colt Defense, LLC, Daniel Defense, Inc., Patriot Ordnance Factory, Noveske Rifleworks, LLC, Christensen Arms, Lewis Machine & Tool Company, LWRC International, LLC, Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, Maverick Investments, LP, Sportsman's Warehouse, and Guns and Guitars, Inc. (collectively, the

"Remaining Defendants"), and the FN Defendants, pursuant to Fed. R. Civ. P. 6(b)(1), LR IA 6-1 and 6-2, and LR 7-1, file this joint stipulation seeking the same September 24, 2019 deadline that applies to the FN Defendants as the deadline by which the Remaining Defendants may move, respond, answer or otherwise plead to the Complaint in this matter. This is the parties' first request to extend the time for the Remaining Defendants to respond to Plaintiffs' Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay. The requested extension will result in the same deadline to respond to the Plaintiffs' Complaint applying to all defendants in this case.

The parties have agreed that in filing this joint stipulation that the Remaining Defendants have in no way impaired their right to seek dismissal of this case on any grounds, including lack of personal jurisdiction.

WHEREFORE, Plaintiffs and the Remaining Defendants respectfully request that the Court enter an Order providing that the Remaining Defendants have until September 24, 2019, to move, respond, answer or otherwise plead to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

*[signature]*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 26, 2019

Dated August 8, 2019.

| | |
|---|---|
| MATTHEW L. SHARP, LTD.<br>*/s/ Matthew L. Sharp*<br>Matthew L. Sharp (Nev. #4746)<br>matt@mattsharplaw.com<br>Matthew L Sharp, LTD.<br>432 Ridge Street<br>Reno, NV 89501<br>Telephone: (775) 324-1500<br>Facsimile: (775) 284-0675<br><br>– and –<br><br>Richard H. Friedman (Nev. #12743)<br>rfriedman@friedmanrubin.com<br>Friedman Rubin PLLP<br>1126 Highland Avenue<br>Bremerton, WA 98337<br>Telephone: (360) 782-4300<br><br>– and –<br><br>Joshua D. Koskoff (*Pro Hac Vice*)<br>jkoskoff@kosskoff.com<br>Katherine L. Mesner-Hage (*Pro Hac Vice*)<br>khage@koskoff.com<br>Koskoff, Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>Telephone: (203) 336-4421<br><br>Counsel for Plaintiffs | EVANS FEARS & SCHUTTERT LLP<br>*/s/ Jay J. Schuttert*<br>Jay J. Schuttert (Nev. #8656)<br>jschuttert@efstriallaw.com<br>Alexandria L. Layton (Nev. #14228)<br>alayton@efstriallaw.com<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br>Telephone: (702) 805-0290<br>Facsimile: (702) 805-0291<br><br>Counsel for Defendants Colt's Manufacturing Company, LLC, Colt Defense, LLC, Christensen Arms, Lewis Machine & Tool Company, and LWRC International, LLC<br><br>John F. Renzulli (Applying *Pro Hac Vice*)<br>jrenzulli@renzullilaw.com<br>Christopher Renzulli (Applying *Pro Hac Vice*)<br>crenzulli@renzullilaw.com<br>Scott C. Allan (Applying *Pro Hac Vice*)<br>sallan@renzullilaw.com<br>Renzulli Law Firm, LLP<br>One North Broadway, Suite 1005<br>White Plains, NY<br>Telephone: (914) 285-0700<br>Facsimile: (914) 285-1213<br><br>Counsel for Defendants Colt's Manufacturing Company, LLC, Colt Defense, LLC, Lewis Machine & Tool Company, and LWRC International, LLC<br><br><br>Bryon J. Benevento (Applying *Pro Hac Vice*)<br>benevento.bryon@dorsey.com<br>Dorsey & Whitney, LLP<br>111 S. Main Street, Suite 2100<br>Salt Lake City, UT 84111-2176<br>Telephone: (801) 933-8958<br>Facsimile: (801) 933-7373<br><br>Counsel for Defendant Christensen Arms |

| | |
|---|---|
| */s/ V.R. Bohman*<br>V.R. Bohman<br>vbohman@swlaw.com<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169-5958<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br><br>Counsel for Defendants Daniel Defense, Inc., Patriot Ordnance Factory, and Sportsman's Warehouse | */s/ Ismail Amin*<br>Ismail Amin<br>iamin@talglaw.com<br>The Amin Law Group, Ltd.<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 990-3583<br>Facsimile: (702) 441-2488<br><br>Christopher M. Chiafullo (Applying *Pro Hac Vice*)<br>cchiafullo@chiafullogroup.com<br>The Chiafullo Group, LLC<br>244 Fifth Avenue, Suite 1960<br>New York, NY 10001<br>Telephone: (908) 741-8531<br><br>Counsel for Defendants Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, and Maverick Investments, LP |
| */s/ Michael Nunez*<br>Michael Nunez<br>mnunez@murchisonlaw.com<br>Murchison & Cumming, LLP<br>350 S. Rampart Blvd., Suite 320<br>Las Vegas, NV 89145<br>Telephone: (702) 360-3956<br>Facsimile: (702) 360-3957<br><br>James Vogts (Applying *Pro Hac Vice*)<br>jvogts@smbtrials.com<br>Swanson, Martin & Bell LLP<br>330 N. Wabash Suite 3300<br>Chicago, IL 60611<br>Telephone: (312) 321-9100<br>Facsimile: (312) 321-0990<br><br>Counsel for Defendant Guns and Guitars, Inc. | */s/ Ryan Erdreich*<br>Anthony Pisciotti (Applying *Pro Hac Vice*)<br>apisciotti@pmlegalfirm.com<br>Ryan Erdreich (Applying *Pro Hac Vice*)<br>rerdreich@pmlegalfirm.com<br>Pisciotti Malsch<br>30 Columbia Turnpike, Suite 205<br>Florham Park, NJ 07932<br>Telephone: (973) 245-8100<br>Facsimile: (973) 245-8101<br><br>Counsel for Defendant Noveske Rifleworks, LLC |

*/s/ Jessica Chong*
John H. Mowbray
jmowbray@spencerfane.com
Mary E. Bacon
mbacon@spencerfane.com
Jessica Chong
jchong@spencerfane.com
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3414
Facsimile: (702) 408-3401

Camden R. Webb (*Pro Hac Vice*)
crwebb@williamsmullen.com
Williams Mullen, PC
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

– and –

Justin S. Feinman (*Pro Hac Vice*)
jfeinman@williamsmullen.com
Turner A. Broughton (*Pro Hac Vice*)
tbroughton@williamsmullen.com
Williams Mullen, PC
200 South 10th Street, 16th Floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507

Counsel for Defendants FN America, FN Herstal, and Herstal Group

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION FOR EXTENSION OF TIME FOR REMAINING DEFENDANTS TO FILE RESPONSE TO COMPLAINT (FIRST REQUEST)** was electronically served on counsel of record this 8th day of August, 2019, using the Court's CM/ECF System and via email to:

Matthew L. Sharp - matt@mattsharplaw.com
Richard H. Friedman - rfriedman@friedmanrubin.com
Joshua D. Koskoff - jkoskoff@kosskoff.com
Katherine L. Mesner-Hage - khage@koskoff.com
John H. Mowbray – jmowbray@spencerfane.com
Mary E. Bacon – mbacon@spencerfane.com
Jessica Chong – jchong@spencerfane.com
Camden R. Webb – crwebb@williamsmullen.com
Justin S. Feinman – jfeinman@williamsmullen.com
Turner Broughton – tbroughton@williamsmullen.com
V.R. Bohman - vbohman@swlaw.com
Michael Nunez mnunez@murchisonlaw.com
James Vogts - jvogts@smbtrials.com
Anthony Pisciotti - apisciotti@pmlegalfirm.com
Ryan Erdreich - rerdreich@pmlegalfirm.com
Christopher M. Chiafullo - cchiafullo@chiafullogroup.com
Ismail Amin - iamin@talglaw.com
John F. Renzulli - jrenzulli@renzullilaw.com
Christopher Renzulli - crenzulli@renzullilaw.com
Scott C. Allan - sallan@renzullilaw.com
Bryon J. Benevento - benevento.bryon@dorsey.com

*/s/ Faith B. Radford*
An Employee of Evans Fears & Schuttert