**MATTHEW L. SHARP, ESQ.**
Nevada State Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

**RICHARD H. FRIEDMAN, ESQ.**
Nevada State Bar No. 12743
Friedman│Rubin PLLP
1126 Highland Avenue
Bremerton, WA 98337
(360) 782-4300
rfriedman@friedmanrubin.com

**JOSHUA D. KOSKOFF, ESQ.** (Admitted *PHV*)
**KATHERINE L. MESSNER-HAGE, ESQ.** (Admitted *PHV*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave.
Bridgeport, CT 06604
(203) 336-4421

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COLT'S MANUFACTURING COMPANY LLC; et al., <br><br> Defendants. | CASE NO.: 2-19-cv-01189-APG-EJY <br><br> **STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS** <br> **(FIRST REQUEST)** |

Plaintiffs James and Ann-Marie Parsons ("Plaintiffs") and Defendants Colt's Manufacturing Company LLC; Colt Defense LLC; Daniel Defense Inc.; Patriot Ordnance Factory, Inc.; FN America; Noveske Rifleworks LLC; Christensen Arms; Lewis Machine & Tool Company; LWRC International LLC; Discount Firearms and Ammo LLC; DF&A Holdings LLC; Maverick Investments LP; Sportsman's Warehouse, Inc.; and Guns and Guitars Inc. ("Defendants," and together with Plaintiffs, the "Parties") by and through their respective counsel, hereby stipulate that all discovery deadlines and obligations, including those found in Federal Rule of Civil Procedure 26, be stayed pending resolution of Defendants' Motions to Dismiss set to be filed on September 24, 2019 per this Court's prior orders, ECF Nos. 25 and 60. This stipulation is requested by the Parties in good faith and not for the purposes of delay, but in the interest of efficiency. This is the first request to stay discovery.

The Parties agree that good cause exists to stay discovery because Defendants' Motions to Dismiss are potentially dispositive of the entire case. Staying discovery until these Motions are decided promotes efficiency, avoiding unnecessary costs in time and treasure. If the operative complaint survives the Motions to Dismiss, the parties agree that thirty (30) days from the notice of entry of the Court's order will provide sufficient time to coordinate the various Parties' schedules and conduct a Rule 26(f) conference.

For these reasons, the parties respectfully request that the Court enter an Order as follows:

1) Staying all discovery, including all discovery deadlines, pending the resolution of Defendants' Motions to Dismiss set to be filed on September 24, 2019;

2) If the original complaint survives Defendants' Motions to Dismiss, the deadline to hold the Rule 26(f) conference is extended to thirty (30) days from entry of the Court's order resolving the Motions to Dismiss.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2019.

UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATED this 27th day of August 2019. | DATED this 27th day of August 2019. |
| 2 | MATTHEW L. SHARP, LTD. | EVANS FEARS & SCHUTTERT LLP |
| 3 |   /s/ *Matthew L. Sharp* |   /s/ *Jay Schuttert* |
| 4 | MATTHEW L. SHARP, ESQ.<br>State Bar No. 4746 | Jay J. Schuttert (Nev. #8656)<br>jschuttert@efstriallaw.com |
| 5 | 432 Ridge Street<br>Reno, NV 89501 | Alexandria L. Layton (Nev. #14228)<br>alayton@efstriallaw.com |
| 6 | (775) 324-1500 | 2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102 |
| 7 | RICHARD H. FRIEDMAN, ESQ. | Telephone: (775) 805-0290 |
| 8 | Nevada State Bar No. 12743<br>Friedman │ Rubin PLLP | Facsimile: (775) 805-0291 |
| 9 | 1126 Highland Avenue<br>Bremerton, WA 98337 | *Counsel for Defendants Colt's Manufacturing Company, LLC, Colt Defense, LLC,* |
| 10 | (360) 782-4300 | *Christensen Arms, Lewis Machine & Tool Company, and LWRC International, LLC* |
| 11 | Joshua D. Koskoff (Admitted *PHV*) | |
| 12 | Admitted *PHV* | Bryon J. Benevento (Applying *Pro Hac Vice*) |
| 13 | Katherine L Messner-Hage (Admitted *PHV*)<br>KOSKOFF, KOSKOFF & BIEDER, PC | Benevento.bryon@dorsey.com<br>Dorsey & Whitney, LLP |
| 14 | 350 Fairfield Ave.<br>Brideport, CT 06604 | 111 S. Main Street, Suite 2100<br>Salt Lake City, UT 84111-2176 |
| 15 | (203) 336-4421 | Telephone: (801) 933-8958<br>Facsimile: (801) 933-7373 |
| 16 | *Attorneys for Plaintiffs* | |
| 17 | | *Counsel for Defendant Christensen Arms* |
| 18 | | John F. Renzulli (Applying *Pro Hac Vice*) |
| 19 | | jrenzulli@renzullilaw.com<br>Christopher Renzulli (Applying *Pro Hac* |
| 20 | | *Vice*)<br>crenzulli@renzullilaw.com |
| 21 | | Scott C. Allan (Applying *Pro Hac Vice*) |
| 22 | | sallan@renzullilaw.com<br>Renzulli Law Firm, LLP |
| 23 | | One North Broadway, Suite 1005 |
| 24 | | White Plains, NY 10601-2310<br>Telephone: (914) 285-0700 |
| 25 | | Facsimile: (914) 285-1213 |
| 26 | | *Counsel for Defendants Colt's Manufacturing* |
| 27 | | *Company, LLC, Colt Defense, LLC, Lewis Machine & Tool Company, and LWRC* |
| 28 | | *International, LLC* |

| | |
|---|---|
| DATED this 27th day of August 2019. | DATED this 27th day of August 2019. |
| SNELL & WILMER LLP | THE AMIN LAW GROUP, LTD. |
| /s/ *V.R. Bohman* | /s/ *Ismail Amin* |
| Patrick G. Byrne (Nev. 7636) | Ismail Amin (Nev. 9343) |
| pbyrne@swlaw.com | iamin@talglaw.com |
| V.R. Bohman (Nev. #13075) | 3753 Howard Hughes Parkway, Suite 200 |
| vbohman@swlaw.com | Las Vegas, NV 89169 |
| 3883 Howard Hughes Parkway, Suite 1100 | Telephone: (702) 990-3583 |
| Las Vegas, NV 89169 | |
| Telephone: (702) 784-5200 | Christopher M. Chiafullo (Applying *Pro Hac Vice*) |
| Facsimile: (702) 784-5252 | cchiafullo@chiafullogroup.com |
| | The Chiafullo Group, LLC |
| *Counsel for Defendants Daniel Defense, Inc., Patriot Ordnance Factory, and Sportsman's Warehouse* | 244 Fifth Avenue, Suite 1960 |
| | New York, NY 10001 |
| | Telephone: (908) 741-8531 |
| | *Counsel for Defendants Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, and Maverick Investments, LP* |
| DATED this 27th day of August 2019. | DATED this 27th day of August 2019. |
| PISCIOTTI MALSCH | MURCHISON & CUMMING, LLP |
| /s/ *Anthony Pisciotti* | /s/ *Michael Nunez* |
| Anthony Pisciotti (Applying *Pro Hac Vice*) | Michael Nunez (Nev. 10703) |
| apisciotti@pmlegalfirm.com | mnunez@murchisonlaw.com |
| Ryan Erdreich (Applying *Pro Hac Vice*) | 350 S. Rampart Blvd., Suite 3200 |
| rerdreich@pmlegalfirm.com | Las Vegas, NV 89145 |
| 30 Columbia Turnpike, Suite 205 | Telephone: (702) 360-3856 |
| Florham Park, NJ 07932 | |
| Telephone: (973) 245-8100 | James Vogts (Applying *Pro Hac Vice*) |
| Facsimile: (973) 245-8101 | jvogts@smbtrials.com |
| | Swanson, Martin & Bell LLP |
| *Counsel for Defendant Noveske Rifleworks, LLC* | 330 N. Wabash, Suite 3300 |
| | Chicago, IL 60611 |
| | Telephone: (312) 321-9100 |
| | *Counsel for Defendant Guns & Guitars, Inc.* |

DATED this 27th day of August 2019.

SPENCER FANE LLP


  /s/ *John H. Mowbray*
John H. Mowbray (Nev. 1140)
jmowbray@spencerfane.com
Mary E. Bacon (Nev. 12686)
mbacon@spencerfane.com
Jessica Chong (Nev. 13845)
jchong@spencerfane.com
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3414
Facsimile: (702) 408-3401

Camden R. Webb (*Pro Hac Vice*)
crwebb@williamsmullen.com
Robert C. Van Arnam (*Pro Hac Vice*)
rvanarnam@williamsmullen.com
Williams Mullen, PC
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

Justin S. Feinman (*Pro Hac Vice*)
jfeinman@williamsmullen.com
Turner A. Broughton (*Pro Hac Vice*)
tbroughton@williamsmullen.com
Williams Mullen, PC
200 South 10th Street, 16th Floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507

*Counsel for Defendant FN America*