**MATTHEW L. SHARP, ESQ.**
Nevada State Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

**RICHARD H. FRIEDMAN, ESQ.**
Nevada State Bar No. 12743
Friedman │ Rubin PLLP
1126 Highland Avenue
Bremerton, WA 98337
(360) 782-4300
rfriedman@friedmanrubin.com

**JOSHUA D. KOSKOFF, ESQ.** (Admitted *PHV*)
**KATHERINE L. MESNER-HAGE, ESQ.** (Admitted *PHV*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave.
Bridgeport, CT 06604
(203) 336-4421

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COLT'S MANUFACTURING COMPANY LLC; et al., <br><br> Defendants. | CASE NO.: 2-19-cv-01189-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME RE: FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND REPLY THERETO** <br><br> **(First Request)** |

The parties hereto, by and through their respective counsel, hereby stipulate and agree that the time for Plaintiffs to oppose Defendants' Motion to Dismiss the Complaint (ECF No. 80) shall be extended. On September 24, 2019, Defendants' jointly filed a Motion to Dismiss the Complaint. Plaintiffs requested a 45-day extension of time to file their Opposition. Defendants agreed to the extension of time for filing the Opposition and, due to timing issues con-

1

cerning the Thanksgiving holiday, have requested an additional 21 days to file their Reply to Plaintiffs' Opposition.

This stipulation is entered into in good faith and not for the purposes of delay. This is the first request to extend the response times for the Opposition and Reply regarding Defendants' Motion to Dismiss the Complaint.

**Proposed Schedule:**

Plaintiffs' Opposition, currently due on October 8, 2019, shall be due November 22, 2019.

Defendants' Reply to Plaintiffs' Opposition shall be due on December 20, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 1, 2019.

DATED this 30th day of September 2019.

| MATTHEW L. SHARP, LTD. | EVANS FEARS & SCHUTTERT LLP |

/s/ Matthew L. Sharp
MATTHEW L. SHARP, ESQ.
State Bar No. 4746
432 Ridge Street
Reno, NV 89501
(775) 324-1500

RICHARD H. FRIEDMAN, ESQ.
Nevada State Bar No. 12743
Friedman│Rubin PLLP
1126 Highland Avenue
Bremerton, WA 98337
(360) 782-4300

Joshua D. Koskoff (Admitted *PHV*)
Katherine L Mesner-Hage (Admitted *PHV)*
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave.
Bridgeport, CT 06604
(203) 336-4421

*Attorneys for Plaintiffs*

―――――――――――――――――

*/s/ V.R. Bohman*
V.R. Bohman
vbohman@swlaw.com
Snell & Wilmer, LLP
3883 Howard Hughes Parkway,
Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Counsel for Defendants Daniel
Defense, Inc., Patriot Ordnance
Factory, and Sportsman's
Warehouse

―――――――――――――――――

*/s/ Christopher M. Chiafullo*
Christopher M. Chiafullo (Applying *Pro Hac*

*/s/ Jay J. Schuttert*
Jay J. Schuttert (Nev. #8656)
jschuttert@efstriallaw.com
Alexandria L. Layton (Nev. #14228)
alayton@efstriallaw.com
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291

Counsel for Defendants Colt's
Manufacturing Company, LLC, Colt
Defense, LLC, Christensen Arms, Lewis
Machine & Tool Company, and LWRC
International, LLC

John F. Renzulli (Pro Hac Vice)
jrenzulli@renzullilaw.com
Christopher Renzulli (Pro Hac Vice)
crenzulli@renzullilaw.com
Scott C. Allan (Pro Hac Vice)
sallan@renzullilaw.com
Renzulli Law Firm, LLP
One North Broadway, Suite 1005
White Plains, NY
Telephone: (914) 285-0700
Facsimile: (914) 285-1213

Counsel for Defendants Colt's
Manufacturing Company, LLC, Colt
Defense, LLC, Lewis Machine & Tool
Company, and LWRC International, LLC

Bryon J. Benevento (Applying Pro Hac Vice)
benevento.bryon@dorsey.com
Dorsey & Whitney, LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-8958
Facsimile: (801) 933-7373

Counsel for Defendant Christensen Arms

―――――――――――――――――

*/s/ Turner A. Broughton*
Justin S. Feinman (Pro Hac Vice)

3

| | | |
|---|---|---|
| 1 | *Vice*)<br>cchiafullo@chiafullogroup.com | jfeinman@williamsmullen.com<br>Turner A. Broughton (Pro Hac Vice) |
| 2 | The Chiafullo Group, LLC | tbroughton@williamsmullen.com |
| 3 | 244 Fifth Avenue, Suite 1960<br>New York, NY 10001 | Williams Mullen, PC<br>200 South 10th Street, 16th Floor |
| 4 | Telephone: (908) 741-8531 | Richmond, VA 23219<br>Telephone: (804) 420-6000 |
| 5 | – and – | Facsimile: (804) 420-6507 |
| 6 | Ismail Amin | – and – |
| 7 | iamin@talglaw.com<br>Jessica Guerra | Camden R. Webb (Pro Hac Vice) |
| 8 | jguerra@talglaw.com | crwebb@williamsmullen.com |
| 9 | The Amin Law Group, Ltd.<br>3753 Howard Hughes Parkway, Suite 200 | Williams Mullen, PC<br>301 Fayetteville Street, Suite 1700 |
| 10 | Las Vegas, NV 89169<br>Telephone: (702) 990-3583 | Raleigh, NC 27601<br>Telephone: (919) 981-4000 |
| 11 | Facsimile: (702) 441-2488 | Facsimile: (919) 981-4300 |

Counsel for Defendants Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, and Maverick Investments, LP

– and –

John H. Mowbray
jmowbray@spencerfane.com
Mary E. Bacon
mbacon@spencerfane.com

*/s/ James B. Vogts*
James B. Vogts (*Pro Hac Vice*)
jvogts@smbtrials.com
Swanson, Martin & Bell LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990

Jessica Chong
jchong@spencerfane.com
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3414
Facsimile: (702) 408-3401

– and –

Counsel for Defendants FN America, LLC

Michael Nunez
mnunez@murchisonlaw.com
Murchison & Cumming, LLP
350 S. Rampart Blvd., Suite 320
Las Vegas, NV 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Counsel for Defendant Guns and Guitars, Inc.

4