Richard H. Friedman (NV Bar #12743)
FRIEDMAN | RUBIN PLLC
1126 Highland Ave.
Bremerton, WA   98337
(360) 782-4300
rfriedman@friedmanrubin.com

Matthew L. Sharp, Esq. (NV Bar #4746)
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV  89501
(775) 324-1500
matt@mattsharplaw.com

Joshua D. Koskoff (*Pro Hac Vice*)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave.
Bridgeport, CT  06604
(203) 336-4421
JKoskoff@koskoff.com

*Attorneys for Plaintiffs James Parsons, et al.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMES PARSONS, et al,

     Plaintiffs,

     vs.

COLT'S MANUFACTURING COMPANY LLC, et al.,

     Defendants.

Case No.: 2:19-CV-01189-APG-EJY

**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO CERTIFY ORDERS FOR INTERLOCUTORY APPEAL (FIRST REQUEST)**

The parties hereto, by and through their respective counsel, hereby stipulate and agree that the time for Plaintiffs to oppose Defendants' Motion to Certify Orders for Discretionary Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Defendants to file a reply in support of their Motion to Certify shall both be extended. Defendants filed a Motion to Certify Orders for Discretionary Interlocutory Appeal Under 28 U.S.C. § 1292(b) on July 30, 2020.  Plaintiffs have requested an extension of time to file their Opposition, until August 28, 2020. Defendants agreed to the extension and have requested an additional 10 days to file their Reply to Plaintiffs' Opposition, until

1

1   September 14, 2020.

2        This stipulation is entered in good faith and not for purposes of delay. This is the

3   first request to extend the response times for the Opposition and Reply regarding

4   Defendants' Motion to Certify Orders for Discretionary Interlocutory Appeal Under 28

5   U.S.C. § 1292(b).

6        Proposed Schedule:

7        Plaintiffs' Opposition, currently due August 13, 2020, shall be due on August 28,

8   2020.

9        Defendants' Reply to Plaintiffs' Opposition shall be due on September 14, 2020.

10

11                 **IT IS SO ORDERED.**

12

13

14

15                 **UNITED STATES MAGISTRATE JUDGE**

16

17                 **DATED:** August 7, 2020

18

19

20

21

22

23

24

25

26

27

28

2

DATED:  August 7, 2020.

/s/ Richard H. Friedman              /s/ Jay J. Schuttert

| | |
|---|---|
| Richard H. Friedman | Jay J. Schuttert |
| rfriedman@friedmanrubin.com | jschuttert@efstriallaw.com |
| Friedman Rubin PLLP | Alexandria L. Layton |
| 1126 Highland Avenue | alayton@efstriallaw.com |
| Bremerton, WA 98337 | Evans Fears & Schuttert LLP |
| Telephone: (360) 782-4300 | 2300 West Sahara Avenue, Suite 950 |
| | Las Vegas, NV 89102 |
| – and – | Telephone: (702) 805-0290 |
| | Facsimile:  (702) 805-0291 |
| Matthew L. Sharp | |
| matt@mattsharplaw.com | – and – |
| Matthew L Sharp, LTD. | |
| 432 Ridge Street | John F. Renzulli (*Pro Hac Vice*) |
| Reno, NV 89501 | jrenzulli@renzullilaw.com |
| Telephone:  (775) 324-1500 | Christopher Renzulli (*Pro Hac Vice*) |
| Facsimile: (775) 284-0675 | crenzulli@renzullilaw.com |
| | Scott C. Allan (*Pro Hac Vice*) |
| – and – | sallan@renzullilaw.com |
| | Renzulli Law Firm, LLP |
| Joshua D. Koskoff (*Pro Hac Vice*) | One North Broadway, Suite 1005 |
| jkoskoff@kosskoff.com | White Plains, NY |
| khage@koskoff.com | Telephone: (914) 285-0700 |
| Koskoff, Koskoff & Bieder, PC | Facsimile:  (914) 285-1213 |
| 350 Fairfield Avenue | |
| Bridgeport, CT 06604 | *Counsel for Defendants Christensen Arms,* |
| Telephone: (203) 336-4421 | *Colt's Manufacturing Company, LLC, Colt* |
| | *Defense, LLC, Lewis Machine & Tool* |
| *Counsel for Plaintiffs* | *Company, LWRC International, LLC, and* |
| | *Patriot Ordnance* |

| | | |
|---|---|---|
| 1 | | |

*/s/ V.R. Bohman*
Patrick G. Byrne
V.R. Bohman
vbohman@swlaw.com
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Counsel for Defendants Daniel Defense, Inc. and Sportsman's Warehouse*

*/s/ James Vogts*
James Vogts (*Pro Hac Vice*)
jvogts@smbtrials.com
Swanson, Martin & Bell LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990

– and –

Michael Nunez
mnunez@murchisonlaw.com
Murchison & Cumming, LLP
350 S. Rampart Blvd., Suite 320
Las Vegas, NV 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

*Counsel for Defendant Guns and Guitars, Inc.*

*/s/ Ismail Amin*
Ismail Amin
iamin@talglaw.com
The Amin Law Group, Ltd.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 441-2488

– and –

Christopher M. Chiafullo (*Pro Hac Vice*)
cchiafullo@chiafullogroup.com
The Chiafullo Group, LLC
244 Fifth Avenue, Suite 1960
New York, NY 10001
Telephone: (908) 741-8531

*Counsel for Defendants Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, and Maverick Investments, LP*

*/s/ Anthony M. Pisciotti*
Anthony M. Pisciotti (*Pro Hac Vice*)
apisciotti@pmlegalfirm.com
Ryan Erdreich (*Pro Hac Vice*)
rerdreich@pmlegalfirm.com
Danny C. Lallis (*Pro Hac Vice*)
dlallis@pmlegalfirm.com
Pisciotti Malsch
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Telephone: (973) 245-8100
Facsimile: (973) 245-8101

– and –

Loren Young
lyoung@lgclawoffice.com
Lincoln, Gustafson & Cercos
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203

*Counsel for Defendant Noveske Rifleworks, LLC*

4

*/s/ Turner A. Broughton*
Turner A. Broughton (*Pro Hac Vice*)
tbroughton@williamsmullen.com
Justin S. Feinman (*Pro Hac Vice*)
jfeinman@williamsmullen.com
Williams Mullen, PC
200 South 10th Street, 16th Floor
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:  (804) 420-6507

– and –

John H. Mowbray
jmowbray@spencerfane.com
Mary E. Bacon
mbacon@spencerfane.com
Jessica Chong
jchong@spencerfane.com
Spencer Fane LLP
300 South 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3414
Facsimile:  (702) 408-3401

– and –

Camden R. Webb (*Pro Hac Vice*)
crwebb@williamsmullen.com
Robert C. Van Arnam (*Pro Hac Vice*)
rvanarnam@williamsmullen.com
Williams Mullen, PC
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile:  (919) 981-4300

*Counsel for Defendant FN America*