1  Richard H. Friedman (NV Bar #12743)
   FRIEDMAN | RUBIN PLLC
2  1126 Highland Ave.
   Bremerton, WA  98337
3  (360) 782-4300
4  rfriedman@friedmanrubin.com

5  Matthew L. Sharp, Esq. (NV Bar #4746)
   MATTHEW L. SHARP, LTD.
6  432 Ridge Street
   Reno, NV  89501
7  (775) 324-1500
   matt@mattsharplaw.com
8
9  Joshua D. Koskoff (*Pro Hac Vice*)
   KOSKOFF, KOSKOFF & BIEDER, PC
10 350 Fairfield Ave.
   Bridgeport, CT  06604
11 (203) 336-4421
   JKoskoff@koskoff.com
12
   *Attorneys for Plaintiffs James Parsons, et al.*
13
                       **UNITED STATES DISTRICT COURT**
14                            **DISTRICT OF NEVADA**

15 | JAMES PARSONS, et al, | Case No.: 2:19-CV-01189-APG-EJY |
16 | Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO CERTIFY ORDERS FOR INTERLOCUTORY APPEAL (SECOND REQUEST)** |
17 | vs. | |
18 | COLT'S MANUFACTURING COMPANY LLC, et al., | |
19 | Defendants. | |
20 | | |

21       The parties hereto, by and through their respective counsel, hereby stipulate and
22  agree that the time for Plaintiffs to oppose Defendants' Motion to Certify Orders for
23  Discretionary Interlocutory Appeal Under 28 U.S.C. § 1292(b) and for Defendants to file
24  a reply in support of their Motion to Certify shall both be extended. Defendants filed a
25  Motion to Certify Orders for Discretionary Interlocutory Appeal Under 28 U.S.C. §
26  1292(b) on July 30, 2020.  By prior stipulation and order dated August 7, 2020 (ECF No.
27  118), the Court granted the Plaintiffs until August 28, 2020 to file their Opposition and
28  Defendants until September 14, 2020 to file their Reply to Plaintiffs' Opposition.

Defendants subsequently moved, on August 18, 2020, for leave to supplement their Motion to Certify (ECF No. 119). Plaintiffs have not opposed that motion.

Plaintiffs and Defendants hereby agree to further extend the response times for the Opposition and Reply regarding Defendants' Motion to Certify Orders for Discretionary Interlocutory Appeal Under 28 U.S.C. § 1292(b). This stipulation is entered in good faith and not for purposes of delay. This is the second request to extend the response times for the Opposition and Reply.

Proposed Schedule:

Plaintiffs' Opposition, currently due August 28, 2020, shall be due on September 2, 2020.

Defendants' Reply to Plaintiffs' Opposition shall be due on September 18, 2020.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 25, 2020

DATED: August 25, 2020.

| /s/ Richard H. Friedman | /s/ Jay J. Schuttert |
|---|---|
| Richard H. Friedman | Jay J. Schuttert |
| rfriedman@friedmanrubin.com | jschuttert@efstriallaw.com |
| Friedman Rubin PLLP | Alexandria L. Layton |
| 1126 Highland Avenue | alayton@efstriallaw.com |
| Bremerton, WA 98337 | Evans Fears & Schuttert LLP |
| Telephone: (360) 782-4300 | 2300 West Sahara Avenue, Suite 950 |
|  | Las Vegas, NV 89102 |
| – and – | Telephone: (702) 805-0290 |
|  | Facsimile: (702) 805-0291 |
| Matthew L. Sharp |  |
| matt@mattsharplaw.com | – and – |
| Matthew L Sharp, LTD. |  |
| 432 Ridge Street | John F. Renzulli (*Pro Hac Vice*) |
| Reno, NV 89501 | jrenzulli@renzullilaw.com |
| Telephone: (775) 324-1500 | Christopher Renzulli (*Pro Hac Vice*) |
| Facsimile: (775) 284-0675 | crenzulli@renzullilaw.com |
|  | Scott C. Allan (*Pro Hac Vice*) |
| – and – | sallan@renzullilaw.com |
|  | Renzulli Law Firm, LLP |
| Joshua D. Koskoff (*Pro Hac Vice*) | One North Broadway, Suite 1005 |
| jkoskoff@kosskoff.com | White Plains, NY |
| khage@koskoff.com | Telephone: (914) 285-0700 |
| Koskoff, Koskoff & Bieder, PC | Facsimile: (914) 285-1213 |
| 350 Fairfield Avenue |  |
| Bridgeport, CT 06604 | *Counsel for Defendants Christensen Arms, Colt's Manufacturing Company, LLC, Colt Defense, LLC, Lewis Machine & Tool Company, LWRC International, LLC, and Patriot Ordnance* |
| Telephone: (203) 336-4421 |  |
| *Counsel for Plaintiffs* |  |

| | |
|---|---|
| */s/ V.R. Bohman*<br>Patrick G. Byrne<br>V.R. Bohman<br>vbohman@swlaw.com<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169-5958<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br><br>*Counsel for Defendants Daniel Defense, Inc. and Sportsman's Warehouse*<br><br>*/s/ James Vogts*<br>James Vogts (*Pro Hac Vice*)<br>jvogts@smbtrials.com<br>Swanson, Martin & Bell LLP<br>330 N. Wabash Suite 3300<br>Chicago, IL 60611<br>Telephone: (312) 321-9100<br>Facsimile: (312) 321-0990<br><br>– and –<br><br>Michael Nunez<br>mnunez@murchisonlaw.com<br>Murchison & Cumming, LLP<br>350 S. Rampart Blvd., Suite 320<br>Las Vegas, NV 89145<br>Telephone: (702) 360-3956<br>Facsimile: (702) 360-3957<br><br>*Counsel for Defendant Guns and Guitars, Inc.* | */s/ Ismail Amin*<br>Ismail Amin<br>iamin@talglaw.com<br>The Amin Law Group, Ltd.<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 990-3583<br>Facsimile: (702) 441-2488<br><br>– and –<br><br>Christopher M. Chiafullo (*Pro Hac Vice*)<br>cchiafullo@chiafullogroup.com<br>The Chiafullo Group, LLC<br>244 Fifth Avenue, Suite 1960<br>New York, NY 10001<br>Telephone: (908) 741-8531<br><br>*Counsel for Defendants Discount Firearms and Ammo, LLC, DF&A Holdings, LLC, and Maverick Investments, LP*<br><br>*/s/ Anthony M. Pisciotti*<br>Anthony M. Pisciotti (*Pro Hac Vice*)<br>apisciotti@pmlegalfirm.com<br>Ryan Erdreich (*Pro Hac Vice*)<br>rerdreich@pmlegalfirm.com<br>Danny C. Lallis (*Pro Hac Vice*)<br>dlallis@pmlegalfirm.com<br>Pisciotti Malsch<br>30 Columbia Turnpike, Suite 205<br>Florham Park, NJ 07932<br>Telephone: (973) 245-8100<br>Facsimile: (973) 245-8101<br><br>– and –<br><br>Loren Young<br>lyoung@lgclawoffice.com<br>Lincoln, Gustafson & Cercos<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1997<br>Facsimile: (702) 257-2203<br><br>*Counsel for Defendant Noveske Rifleworks, LLC* |

4

| | |
|---|---|
| 1 | */s/ Turner A. Broughton* |
| | Turner A. Broughton (*Pro Hac Vice*) |
| 2 | tbroughton@williamsmullen.com |
| 3 | Justin S. Feinman (*Pro Hac Vice*) |
| | jfeinman@williamsmullen.com |
| 4 | Williams Mullen, PC |
| | 200 South 10th Street, 16th Floor |
| 5 | Richmond, VA 23219 |
| 6 | Telephone: (804) 420-6000 |
| | Facsimile:  (804) 420-6507 |
| 7 | |
| | – and – |
| 8 | |
| 9 | John H. Mowbray |
| | jmowbray@spencerfane.com |
| 10 | Mary E. Bacon |
| | mbacon@spencerfane.com |
| 11 | Jessica Chong |
| 12 | jchong@spencerfane.com |
| | Spencer Fane LLP |
| 13 | 300 South 4th Street, Suite 950 |
| | Las Vegas, NV 89101 |
| 14 | Telephone: (702) 408-3414 |
| 15 | Facsimile:  (702) 408-3401 |
| 16 | – and – |
| 17 | |
| | Camden R. Webb (*Pro Hac Vice*) |
| 18 | crwebb@williamsmullen.com |
| | Robert C. Van Arnam (*Pro Hac Vice*) |
| 19 | rvanarnam@williamsmullen.com |
| 20 | Williams Mullen, PC |
| | 301 Fayetteville Street, Suite 1700 |
| 21 | Raleigh, NC 27601 |
| | Telephone: (919) 981-4000 |
| 22 | Facsimile:  (919) 981-4300 |
| 23 | |
| | *Counsel for Defendant FN America* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

      I certify that on August 25, 2020, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this action.

                                                                                              */s/ Dana C. Watkins*
                                                                                              Dana C. Watkins