1  John H. Mowbray (NV Bar No. 1140)
   jmowbray@spencerfane.com
2  Mary E. Bacon (NV Bar No. 12686)
   mbacon@spencerfane.com
3  Jessica E. Chong (NV Bar No. 13845)
   jchong@spencerfane.com
4  SPENCER FANE LLP
   300 S. Fourth Street, Suite 950
5  Las Vegas, NV 89101
   (702) 408-3400
6  (702) 408-3401 (facsimile)
7

8  Turner A. Broughton (*Pro Hac Vice*)
   tbroughton@williamsmullen.com
9  Justin S. Feinman (*Pro Hac Vice*)
   jfeinman@williamsmullen.com
10 WILLIAMS MULLEN, PC
   200 South 10th Street, 16th Floor
11 Richmond, VA  23219
   (804) 420-6000
12 (804) 420-6507 (facsimile)
13

14 Robert C. Van Arnam (*Pro Hac Vice*)
   rvanarnam@williamsmullen.com
15 Camden R. Webb (*Pro Hac Vice*)
   cwebb@williamsmullen.com
16 WILLIAMS MULLEN, PC
   301 Fayetteville Street, Suite 1700
17 Raleigh, NC  27601
   (919) 981-4000
18 (919) 981-4300 (facsimile)
19 *Counsel for Defendant FN America, LLC*

20          **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**
21

22 JAMES PARSONS, individually and as
   Special Administrator of the Estate of Carolyn
23 Lee Parsons, and ANN-MARIE PARSONS,          Civil Action No. 2:19-cv-01189-APG-GWF

24                           Plaintiffs,          **JOINT STIPULATION AND PROPOSED**
                                                  **ORDER TO STAY BRIEFING AND**
25 v.                                             **RESOLUTION OF THE COURT'S**
                                                  **ORDER TO SHOW CAUSE (ECF NO. 130)**
26 COLT'S MANUFACTURING COMPANY                   **PENDING REVIEW OF CERTIFIED**
   LLC, *et. al.*,                                **QUESTIONS**
27                           Defendants,

28                                                        **(FIRST REQUEST)**

                                                                                    1

Together, Plaintiffs James Parsons and Ann-Marie Parsons (collectively, "Plaintiffs") along with Defendants Colt's Manufacturing Company LLC; Colt's Defense LLC; Daniel Defense, LLC; Patriot Ordnance Factory, Inc.; FN America, LLC; Noveske Rifle Works LLC; Christensen Arms; Lewis Machine & Tool Company; LWRC International LLC; Discount Guns & Ammo; DF&A Holdings LLC; Maverick Investments LP; Guns & Guitars, Inc.; and Sportsman's Warehouse, Inc. (collectively, "Defendants"), by counsel, pursuant to Local Rule IA 6-1, file this first stipulation and proposed order to jointly request the Court to stay briefing and resolution of the Court's January 15, 2021 Order to Show Cause (ECF No. 130) pending review of certain questions of law certified to the Supreme Court of Nevada.  The parties propose that, within fourteen (14) days of a decision on the certified questions, Defendants will file a written response addressing the issues about remand raised in the Court's Order to Show Cause, and Plaintiffs may file a response within twenty-one (21) days of the filing of Defendants brief. Within thirty (30) days of the Court's ruling on the Order to Show Cause as to whether the case should be remanded, or in the time allowed to respond to any amending pleading, Defendants will file their responses to Plaintiffs' Complaint, consistent with the Court's prior Order (ECF No. 104).

On April 10, 2020 and May 8, 2020, this Court entered an Order (ECF No. 99) and an Amended Order (ECF No. 109), respectively, that together certified unsettled questions of state law to the Supreme Court of Nevada regarding negligence per se, as well as the effect of Nev. Rev. Stat. § 41.131 on Plaintiffs' claims.

On April 22, 2020, the Court entered an Order (ECF No. 104) granting a joint stipulation, similar to the present filing, that imposed a stay of the present action "in its entirety," pending review of the certified questions by the Supreme Court of Nevada.  The Court further ordered that within thirty days of a decision by the Supreme Court of Nevada, Defendants will either file answers or a supplemental motion to dismiss the Complaint.

On May 22, 2020, the Supreme Court of Nevada entered an Order accepting the certified questions of law, that further directed briefing and submission of a joint appendix.  Briefing by the parties was completed on October 26, 2020.

1   On January 15, 2021, the Court entered an Order to Show Cause (ECF No. 130) indicating

2   that the Court was reconsidering its prior decision denying the motion to remand.  Defendants

3   were ordered to show cause in writing why this action should not be remanded to state court based

4   on the local defendant rule of 28 U.S.C. § 1441(b)(2), and Plaintiffs were afforded the opportunity

5   to file a responsive brief 21 days thereafter.

6   On January 25, 2021, the Supreme Court of Nevada entered an Order that scheduled oral

7   argument on the certified questions, by both the parties and the amici, before the en banc court for

8   March 2, 2021, at 10:00 a.m.

9   The parties' joint request to continue the stay already in place (ECF No. 104) is not for the

10  purpose of causing undue delay.  Rather, good cause exists because the parties have already spent

11  significant time and resources briefing and preparing for oral argument in the Supreme Court of

12  Nevada to pursue resolution of unsettled questions of state law.  Based on the Nevada Supreme

13  Court's docket, the parties understand that the court has already spent significant time preparing to

14  consider en banc the certified questions.  The length of the stay requested is reasonable because

15  oral argument before the Supreme Court of Nevada has already been noticed for March 2, 2021,

16  and the extended briefing schedule proposed for the Court's Order to Show Cause will be

17  consistent with Defendants' deadline to file responsive pleadings.

18  Regardless of whether this action proceeds in state or federal court, the unsettled questions

19  of state law certified to the Nevada Supreme Court will ultimately need to be resolved.  The

20  pending certification is the most efficient means of obtaining clarity that will benefit all parties,

21  preserve judicial economy, and potentially avoid unnecessary briefing on the Order to Show

22  Cause as well as additional litigation and appeals.  Clarity on these dispositive questions may also

23  aid the Court in deciding whether to reconsider its order denying the motion to remand.

24  For these reasons, the parties respectfully submit that good cause exists for granting the

25  requested relief to stay briefing and resolution of the Court's Order to Show Cause (ECF No. 130)

26  pending resolution of questions certified to the Supreme Court of Nevada.

27  Dated this 3rd day of February 2021.

28

| | |
|---|---|
| FRIEDMAN RUBIN PLLP | SPENCER FANE LLP |
| */s/ Richard H. Friedman*<br>Richard H. Friedman<br>rfriedman@friedmanrubin.com<br>1126 highland Avenue<br>Bremerton, WA 98337 | */s/ John H. Mowbray*<br>John H. Mowbray (Nev. Bar. No. 1140)<br>jmowbray@spencerfane.com<br>Mary E. Bacon (Nev. Bar No. 12686)<br>mbacon@spencerfane.com<br>Jessica Chong (Nev. Bar. No. 13845) |
| Matthew L. Sharp<br>matt@mattsharplaw.com<br>Matthew L. Sharp, LTD<br>432 Ridge Street<br>Reno, NV 89501<br>Telephone: (775) 324-1500<br>Facsimile: (775) 284-0675 | jchong@spencerfane.com<br>300 South 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Telephone: (702) 408-3414<br>Facsimile: (702) 408-3401 |
| Joshua D. Koskoff (Pro Hac Vice)<br>jkoskoff@kosskoff.com<br>Koskoff, Koskoff, & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>Telephone: (203) 336-4421 | Camden R. Webb (*Pro Hac Vice*)<br>crwebb@williamsmullen.com<br>Robert C. Van Arnam (*Pro Hac Vice*)<br>rvanarnam@williamsmullen.com<br>Williams Mullen, PC<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>Telephone: (919) 981-4000<br>Facsimile: (919) 981-4300 |
| *Counsel for Plaintiffs* | Turner A. Broughton (*Pro Hac Vice*)<br>tbroughton@williamsmullen.com<br>Justin S. Feinman (*Pro Hac Vice*)<br>jfeinman@williamsmullen.com<br>Williams Mullen, PC<br>200 South 10th Street, 16th Floor<br>Richmond, VA 23219<br>Telephone: (804) 420-6000<br>Facsimile: (804) 420-6507 |
| | *Counsel for Defendant FN America* |
| RENZULLI LAW FIRM, LLP | THE AMIN LAW GROUP, LTD. |
| */s/ Scott C. Allan*<br>John F. Renzulli (*Pro Hac Vice*)<br>jrenzulli@renzullilaw.com<br>Christopher Renzulli (*Pro Hac Vice*)<br>crenzulli@renzullilaw.com<br>Scott C. Allan (*Pro Hac Vice*)<br>sallan@renzullilaw.com<br>Renzulli Law Firm, LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601-2310 | */s/ Ismail Amin*<br>Ismail Amin (Nev. Bar No. 9343)<br>iamin@talglaw.com<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 990-3583<br>Facsimile: (702) 441-2488<br><br>Christopher M. Chiafullo (*Pro Hac Vice*)<br>cchiafullo@chiafullogroup.com |

| | |
|---|---|
| Telephone: (914) 285-0700<br>Facsimile: (914) 285-1213<br><br>Jay J. Schuttert (Nev. Bar 8656)<br>jschuttert@efstriallaw.com<br>Alexandria L. Layton (Nev. Bar 14228)<br>alayton@efstriallaw.com<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br>Telephone: (775) 805-0290<br>Facsimile: (775) 805-0291<br><br>*Counsel for Defendants Colt's*<br>*Manufacturing Company, LLC, Colt*<br>*Defense, LLC, Christensen Arms, Lewis*<br>*Machine & Tool Company, LWRC*<br>*International, LLC, and Patriot Ordnance*<br>*Factory, Inc.* | The Chiafullo Group, LLC<br>244 Fifth Avenue, Suite 1960<br>New York, NY 10001<br>Telephone: (908) 741-8531<br><br>*Counsel for Defendants Discount Firearms and*<br>*Ammo, LLC, DF&A Holdings, LLC, and*<br>*Maverick Investments, LP* |
| PISCIOTTI MALSCH<br><br>*/s/ Ryan Erdreich*<br>Anthony Pisciotti (*Pro Hac Vice*)<br>apisciotti@pmlegalfirm.com<br>Ryan Erdreich (*Pro Hac Vice*)<br>rerdreich@pmlegalfirm.com<br>30 Columbia Turnpike, Suite 205<br>Florham Park, NJ 07932<br>Telephone: (973) 245-8100<br>Facsimile: (973) 245-8101<br><br>Loren S. Young, Esq.<br>lyoung@lgclawoffice.com<br>Lincoln Gustafson & Cercos, LLP<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1997<br>Facsimile: (702) 257-2203<br><br>*Counsel for Defendant Noveske*<br>*Rifleworks, LLC* | MURCHISON & CUMMING, LLP<br><br>*/s/ Michael Nunez*<br>Michael Nunez (Nev. 10703)<br>mnunez@murchisonlaw.com<br>350 S. Rampart Blvd., Suite 3200<br>Las Vegas, NV 89145<br>Telephone: (702) 360-3856<br>Facsimile: (702) 360-3957<br><br>James Vogts (*Pro Hac Vice*)<br>jvogts@smbtrials.com<br>Swanson, Martin & Bell LLP<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611<br>Telephone: (312) 321-9100<br>Facsimile: (312) 321-0990<br><br>*Counsel for Defendant Guns & Guitars, Inc.* |
| SNELL & WILMER L.L.P.<br><br>*/s/ V.R. Bohman*<br>Patrick G. Byrne (Nev. Bar No. 7636)<br>pbyrne@swlaw.com<br>V.R. Bohman (Nev. Bar No. 13075)<br>vbohman@swlaw.com | |

5

3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Counsel for Defendants Daniel Defense,*
*LLC, and Sportsman's Warehouse, Inc.*

## <u>ORDER</u>

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that resolution of the Court's Order to Show Cause (ECF No. 130) will be stayed pending review of questions of law certified to the Supreme Court of Nevada in this Court's Amended Order dated May 8, 2020 (ECF No. 109).

Within fourteen (14) days of a decision from the Supreme Court of Nevada, Defendants will file a written response addressing the issues raised in the Court's Order to Show Cause, and Plaintiffs may file a response twenty-one (21) days after the Defendants file their brief.  Within thirty (30) days of the Court's ruling on the Order to Show Cause as to whether the case should be remanded, or in the time allowed to respond to any amending pleading, Defendants will file their responses to Plaintiffs' Complaint, consistent with the Court's prior Order dated April 22, 2020 (ECF No. 104).

**IT IS SO ORDERED** on this  8th  day of February 2021.

_____

UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

2

3
     On February 3, 2021, I certify that a true and correct copy of the foregoing was filed using

4
the Court's CM/ECF system, which will electronically notify all counsel of recording including

5
the above-signed, as well as counsel for Plaintiffs.

6

7
                /s/ ADAM MILLER

8
                SPENCER FANE LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28