# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-MARIE PARSONS,<br><br>　　　Plaintiffs<br><br>v.<br><br>COLT'S MANUFACTURING COMPANY, LLC, et al.,<br><br>　　　Defendants | Case No.: 2:19-cv-01189-APG-EJY<br><br>**Order Denying Motion to Certify Order for Interlocutory Appeal**<br><br>[ECF No. 116] |

　　The defendants move to certify some of my prior orders so they may pursue an interlocutory appeal to the Ninth Circuit. ECF No. 116.  This case is currently paused pending a ruling from the Supreme Court of Nevada on questions certified to that court. ECF Nos. 104, 109.  After receiving that ruling, the parties must address my order to show cause why this case should not be remanded to state court. *See* ECF Nos. 130, 132.  Until the remand issue is resolved, it is premature to seek a decision from the Ninth Circuit.  I therefore deny without prejudice the motion (ECF No. 116) to certify my orders for interlocutory appeal.

　　DATED this 18th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE