UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PARSONS, individually and as Special Administrator of the Estate of Carolyn Lee Parsons, and ANN-MARIE PARSONS,<br><br>    Plaintiffs<br><br>v.<br><br>COLT'S MANUFACTURING COMPANY, LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01189-APG-EJY<br><br>**Order Remanding Case to State Court** |

On January 15, 2021, I ordered the defendants to show cause why this case should not be remanded to state court based on the local defendant rule of 28 U.S.C. § 1441(b)(2). ECF No. 130. I subsequently granted the parties' stipulation to delay the response until after the Supreme Court of Nevada ruled on the questions I certified to it. ECF No. 132. On December 16, 2021, the defendants responded to my order by requesting that I dismiss this matter based upon the Supreme Court of Nevada's rulings. ECF No. 135. The defendants did not respond to my direction to show cause why I should not remand the case. The plaintiffs have not responded to either my order or the defendants' request for dismissal.

    As stated in my order to show cause, I believe that removal to this court was improper under 28 U.S.C. § 1441(b)(2). I therefore do not have jurisdiction to dismiss this case. Rather, I must remand it to state court. The defendants may seek dismissal from that court.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is directed to close this file.

DATED this 2nd day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE