## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JAMES PARSONS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CAROLYN LEE PARSONS ; ANN-MARIE PARSONS<br>appellants,<br>vs.<br>COLT'S MANUFACTURING COMPANY LLC; COLT DEFENSE LLC; DANIEL DEFENSE INC.; PATRIOT ORDNANCE FACTORY; FN AMERICA; NOVESKE RIFLEWORKS LLC; CHRISTENSEN ARMS; LEWIS MACHINE & TOOL COMPANY; LWRC INTERNATIONAL LLC; DISCOUNT FIREARMS AND AMMO LLC; DF&A HOLDINGS, LLC; MAVERICK INVESTMENTS, LP; SPORTSMAN'S WAREHOUSE; GUNS AND GUITARS INC.<br>respondents. | Supreme Court No. 81034 |

## NOTICE IN LIEU OF REMITTITUR

TO THE ABOVE-NAMED PARTIES:

The decision and Order of the court in this matter having been entered on February 24th, 2022, and the petition for rehearing having been denied, notice is hereby given that the Order and decision entered herein has, pursuant to the rules of this court, become effective.

DATE: March 21, 2022

Elizabeth A. Brown, Clerk of Court

By: Sandy Young
      Deputy Clerk

cc:    Andrew P. Gordon, United States District Judge
Matthew L. Sharp, Ltd. \ Matthew L. Sharp
Koskoff, Koskoff, & Bieder, PC \ Joshua David Koskoff
Friedman Rubin PLLP/Bremerton \ Richard H. Friedman
Snell & Wilmer, LLP/Las Vegas \ Jay J. Schuttert
Evans Fears & Schuttert LLP \ Alexandria L. Layton
Renzulli Law Firm, LLP \ John Renzulli
Renzulli Law Firm, LLP \ Christopher Renzulli
Renzulli Law Firm, LLP \ Scott Charles Allan
Spencer Fane LLP/Las Vegas \ Jessica E. Chong
Spencer Fane LLP/Las Vegas \ Mary E. Bacon
Spencer Fane LLP/Las Vegas \ John H. Mowbray
Williams Mullen/Raleigh \ Camden R. Webb
Williams Mullen/Raleigh \ Robert C. Van Arnam
Williams Mullen/Richmond \ Justin S. Feinman
Williams Mullen/Richmond \ Turner A. Broughton
Dorsey & Whitney, LLP \ Bryon J. Benevento
Snell & Wilmer, LLP/Las Vegas \ Patrick G. Byrne
Snell & Wilmer, LLP/Las Vegas \ Vance R. Bohman
Lincoln, Gustafson & Cercos \ Loren S. Young
Pisciotti Lallis Erdreich \ Anthony Pisciotti
Pisciotti Lallis Erdreich \ Ryan L. Erdreich
Pisciotti Lallis Erdreich \ Danny C. Lallis
Murchison & Cumming, LLC/Las Vegas \ Michael J. Nunez
Swanson, Martin & Bell LLP \ James B. Vogts
The Amin Law Group, Ltd. \ Ismail Amin
The Amin Law Group, Ltd. \ Jessica S. Guerra
The Chiafullo Group, LLC \ Christopher M. Chiafullo
Hejmanowski & McCrea LLC \ Charles H. McCrea, Jr.
Hejmanowski & McCrea LLC \ Paul R. Hejmanowski
Fennemore Craig P.C./Reno \ Therese M. Shanks
Claggett & Sykes Law Firm \ Micah S. Echols
Snell & Wilmer, LLP/Las Vegas \ Kelly H. Dove
Snell & Wilmer, LLP/Las Vegas \ Gil Kahn
Shook, Hardy & Bacon LLP/Kansas City \ Jennifer N. Hatcher
Shook, Hardy & Bacon, LLP/Washington DC \ Victor E. Schwartz
Koskoff, Koskoff, & Bieder, PC \ Alinor C. Sterling
Clerk, U.S. District Court, Las Vegas